UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:20-cr-50-WFJ-CPT

VICTOR RICARDO GRANT

## NOTICE OF FILING OF SEARCH WARRANT

The United States of America, by Karin Hoppmann, Acting United States Attorney for the Middle District of Florida, hereby files the search warrant in this cause.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By: /s/ Michael C. Sinacore
Michael C. Sinacore
Assistant United States Attorney
Florida Bar No. 868523
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: michael.sinacore@usdoj.gov

U.S. v. VICTOR RICARDO GRANT	Case No. 8:20-cr-50-WFJ-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Grady Irvin, Esq.

<u>/s/ Michael C. Sinacore</u>
Michael C. Sinacore
Assistant United States Attorney
Florida Bar No. 868523
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: michael.sinacore@usdoj.gov

2